IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRAKE PLUS NWA, INC.**
**and WILLIAMS & LAKE, LLC**                                                               **PLAINTIFFS**

V.                              CASE NO. 5:23-CV-5185

**UNITED STATES DEPARTMENT OF TRANSPORTATION,**
through Pete Buttigieg in his official capacity as
Secretary of Transportation; and **NATIONAL HIGHWAY**
**TRAFFIC SAFETY ADMINISTRATION,** through Ann Carlson
in her official capacity as Acting Administrator
of the National Highway Traffic Safety Administration        **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed this day, **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), in view of the Court's finding that the acts alleged in the Complaint do not constitute final agency action.

**IT IS SO ORDERED AND ADJUDGED** on this 24th day of September, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE